UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                    Chapter 7

J.P.R. MECHANICAL INC.                                      Case No.: 19-23480-RDD
d/b/a JPR MECHANICAL,

       Debtor.
-------------------------------------------------------------x
In re:                                                                    Chapter 7

J.P.R. MECHANICAL SERVICES, INC.,              Case No.: 19-23481-RDD

       Debtor.
-------------------------------------------------------------x
In re:                                                                    Chapter 7

J&G GROUP INC.,                                                Case No.: 19-23482-RDD

       Debtor.
-------------------------------------------------------------x

**ORDER PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF
BANKRUPTCY PROCEDURE AUTHORIZING JOINT ADMINISTRATION OF
<u>CHAPTER 7 CASES</u>**

      Upon the application, dated August 21, 2019 (the "<u>Application</u>") of Marianne T. O'Toole, as Chapter 7 trustee (the "<u>Trustee</u>") of the estates of J.P.R. Mechanical Inc. d/b/a JPR Mechanical, J.P.R. Mechanical Services, Inc. and J&G Group Inc. (collectively, the "<u>Debtors</u>"), seeking entry of an order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), authorizing the joint administration of the Debtors' Chapter 7 cases for procedural purposes only; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334(b); and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§1408 and 1409; and after due deliberation the Court having found and determined that the relief sought in the

1

Application is in the best interests of the Debtors, their estates, and creditors, and all parties in interest and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and sufficient cause appearing therefor; and no additional notice or hearing being required, it is hereby

ORDERED, that the Application is granted; and it is further

ORDERED, that the above-captioned Chapter 7 cases are consolidated for procedural purposes only and shall be jointly administered by the Court; and it is further

ORDERED, that nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned cases; and it is further

ORDERED, that the caption of the jointly administered cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
| In re: | Chapter 7 |
|---|---|
| J.P.R. MECHANICAL INC. d/b/a JPR MECHANICAL, | Case No.: 19-23480-RDD (Jointly Administered) |
| Debtors. | |

---------------------------------------------------------------x

And it is further

ORDERED, that a docket entry shall be made in each of the Debtors' Chapter 7 cases substantially as follows:

> *An Order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 7 cases of J.P.R. Mechanical Inc. d/b/a JPR Mechanical, J.P.R. Mechanical Services, Inc. and J&G Group Inc. The docket in the J.P.R. Mechanical Inc. d/b/a JPR Mechanical, Case No. 19-23480-RDD, should be consulted for all matters affecting these cases.*

2

and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: August 22, 2019
      White Plains, New York                        /s/ Robert D. Drain
                                                               Hon. Robert D. Drain
                                                               United States Bankruptcy Judge