**Fill in this information to identify the case:**

Debtor name _____J.P.R. Mechanical Inc._____

United States Bankruptcy Court for the: _____Southern District of New York_____

(State)

Case number (If known): _____19-23480_____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**    **Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B* ..........................................................................

$      866,453.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*............................................................................

$      46,838,194.51

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* ............................................................................

$      47,704,647.51

---

**Part 2:**    **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............................

$      0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................

$      0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ....................................

+ $      22,962,474.68

4. **Total liabilities** ............................................................................................................................
    Lines 2 + 3a + 3b

$      22,962,474.68

**Fill in this information to identify the case:**

Debtor name    J.P.R. Mechanical Inc.

United States Bankruptcy Court for the:  Southern District of New York

Case number (If known):    19-23480

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**  $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Dime Bank | Checking | 8  7  7  9 | $ 494,700.29 |
| 3.2. | See continuation sheet | | | $ 7,223,493.94 |

4. **Other cash equivalents** *(Identify all)*

4.1. _____  $_____
4.2. _____  $_____

5. **Total of Part 1**  $ 7,718,194.23

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. | Security Deposit for 429-433 E 164th Street with Action Paper Co. Inc. | $ 19,095.00 |
| 7.2. | See continuation sheet | $ 101,666.67 |

Debtor   J.P.R. Mechanical Inc.   Case number (*if known*) 19-23480
_____ Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____   $ _____

8.2. _____   $ _____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.   $ 120,761.67

---

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|

11. **Accounts receivable**

11a. 90 days old or less:   17,674,429.94   –   0.00   = ........→   $ 17,674,429.94
face amount                   doubtful or uncollectible accounts

11b. Over 90 days old:   17,894,434.67   –   0.00   = ........→   $ 17,894,434.67
face amount                   doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $ 35,568,864.61

---

## Part 4:   Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $ _____

14.2. _____   _____   $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                   % of ownership:

15.1. _____   _____ %   _____   $ _____

15.2. _____   _____ %   _____   $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____   _____   $ _____

16.2. _____   _____   $ _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.   $ _____

---

Debtor ___J.P.R. Mechanical Inc._____   Case number (if known)___19-23480_____
        Name

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials**<br>To Be Provided | ___ MM / DD / YYYY | $_____ | _____ | 0.00<br>$_____ |
| 20. **Work in progress** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

    $ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes. Book value ___10,000.00___   Valuation method_____   Current value 0.00_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

Debtor  J.P.R. Mechanical Inc.
_____
Name

Case number (*if known*) 19-23480

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____    Valuation method _____    Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Miscellaneous Office Furniture | $ 5,000.00 | _____ | $ 5,000.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Miscellaneous Office Furniture | $ 83,529.00 | _____ | $ 64,034.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 69,034.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    J.P.R. Mechanical Inc.    Case number *(if known)*    19-23480
　　　　　　Name

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1  2018 Hino Flatbed | $ 130,770.00 | | $ 27,492.00 |
| 47.2  2018 Hino | $ 101,707.00 | | $ 28,548.00 |
| 47.3  2018 Boom Truck Ken T370 | $ 265,233.00 | | $ 82,113.00 |
| 47.4  See continuation sheet | $ 251,011.00 | | $ 158,807.00 |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
Miscellaneous Construction Machinery & Equipment

| | | | |
|---|---|---|---|
| | $ 2,484,380.00 | | $ 2,484,380.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 2,781,340.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor   J.P.R. Mechanical Inc.
         Name                                                   Case number (if known)   19-23480

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1   441 E. 164th Street<br>Bronx, NY 10456 | Lease | | | 0.00<br>$_____ |
| 55.2   434 E 164th Street<br>Bronx, NY 10456 | Lease | $_____ | _____ | 0.00<br>$_____ |
| 55.3   See continuation sheet | | 866,453.00<br>$_____ | _____ | 866,453.00<br>$_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 866,453.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | Unknown<br>$_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor   J.P.R. Mechanical Inc.
_____
Name

Case number (if known)  19-23480

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

### Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = ➜   $_____
Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Possible NYC refund for tax credits _____   Tax year  2018 _____   $ Unknown _____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

See continuation sheet _____   $ 580,000.00

Nature of claim   _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim   _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____   $_____
_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $ 580,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

Debtor   J.P.R. Mechanical Inc.
     Name

Case number *(if known)*   19-23480

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 7,718,194.23 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 120,761.67 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 35,568,864.61 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 69,034.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 2,781,340.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ............................................................ ➜ | | $ 866,453.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 580,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 46,838,194.51 | + 91b. $ 866,453.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................  47,704,647.51   $ 47,704,647.51

---

**Schedule A/B: Assets — Real and Personal Property**

| Debtor 1 | J.P.R. Mechanical Inc. | | Case number *(if known)* | 19-23480 |
|---|---|---|---|---|
| | First Name | Middle Name    Last Name | | |

### Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

Dime Bank                 Checking

Balance: 7,223,493.94

Signature Bank            Checking                    6727

Balance: 0.00


**7) Deposits, including security deposits and utility deposits**

Security Deposit for 434 E 164th     $47,783.33
Street with  A&I Realty

Security Deposit for 441 E 164th     $53,883.34
Street with  A&I Realty


**47) Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

2017 Hino         97,789.00                          44,750.00

2017 Hino         92,351.00                          53,186.00

2011 Mercedes     60,871.00                          60,871.00
M2CA170


**55) Real property**

429-441 E 164th   866,453.00                          866,453.00
Street
Bronx, NY 10456

Leasehold

255 Main Street,                                      0.00
2nd Floor
New Rochelle, NY
10804

Lease


**74) Causes of action against third parties (whether or not a lawsuit has been filed)**

Signature Bank for  money owed    180,000.00          180,000.00
reversing employer
payroll

Dime Bank for       money owed    400,000.00          400,000.00
reversing employer
payroll

**Fill in this information to identify the case:**

Debtor name _J.P.R. Mechanical Inc._

United States Bankruptcy Court for the: _Southern District of New York_

Case number (If known): _19-23480_

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

<span style="background:black;color:white">**Part 1:**</span>  **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name
Advanced Service Group LLC

**Describe debtor's property that is subject to a lien**

$ Unknown   $ Unknown

Creditor's mailing address

2-01 50th Avenue
Long Island City, NY 11101

**Describe the lien**
Blanket Lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
BMO Harris Bank NA

**Describe debtor's property that is subject to a lien**
UCC-1 Filed 1-11-2018

$Unknown   $Unknown

Creditor's mailing address
300 E John carpenter FWY
Irving, TX 75062

**Describe the lien**
Equipment Lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred
Last 4 digits of account number

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ 0.00

Debtor   J.P.R. Mechanical Inc.
         Name                                    Case number (if known)   19-23480

| **Part 1:** | **Additional Page** | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** Creditor's name
Commercial Capital Company, LLC

Describe debtor's property that is subject to a lien

UCC-1 Filed 10-14-2016

$Unknown                    $

**Creditor's mailing address**

8215 Melrose Drive
Shawnee Mission, KS 66214

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**

Equipment Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.4** Creditor's name
CT Corportation System

Describe debtor's property that is subject to a lien

UCC-1 Filed 6/27/2019

$Unknown                    $

**Creditor's mailing address**

330 N. Brand Blvd., Ste 700
Attn: Sprsm, Glendale, CA 91203

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**

by unknown entity

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines _____

---

Debtor    J.P.R. Mechanical Inc.                                    Case number (if known)    19-23480
              Name

---

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5  Creditor's name**
Dime Community Bank

**Describe debtor's property that is subject to a lien**
UCC-1 Filed 1/17/2019 and 1/29/2019

$Unknown        $_____

**Creditor's mailing address**
300 Cadman Plaza West
8th Flr, Brooklyn, NY 11201

**Creditor's email address, if known**

**Date debt was incurred** _____

**Describe the lien**
Blanket Lien

**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.6  Creditor's name**
HYG Financial Service Inc.

**Describe debtor's property that is subject to a lien**
UCC-1 Filed 11/3/2016

$Unknown        $_____

**Creditor's mailing address**
PO BOx 35701
Billings, MT 59107

**Creditor's email address, if known**

**Date debt was incurred** _____

**Describe the lien**
Equipment Lien

**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines _____

---

| Debtor | J.P.R. Mechanical Inc. | Case number (if known) | 19-23480 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.7 Creditor's name
Isuza Finance of America

**Describe debtor's property that is subject to a lien**

UCC-1 Filed - 6/29/2019

$Unknown     $

**Creditor's mailing address**

2500 Westchester Avenue
Purchase, NY 10577

**Creditor's email address, if known**

**Date debt was incurred** _____

**Describe the lien**

Agreement you made

**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

### 2.8 Creditor's name
Key Equipment Finance

**Describe debtor's property that is subject to a lien**

UCC-1 Filed 8/8/2016 and 10/6/2016

$Unknown     $

**Creditor's mailing address**

1000 S. MacCaslin Blvd.
Louisville, CO 80027

**Creditor's email address, if known**

**Date debt was incurred** _____

**Describe the lien**

Equipment Lien

**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

Debtor    J.P.R. Mechanical Inc.                                       Case number (if known)    19-23480
          Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.9 Creditor's name**
Machinery Finance Resourses LLC

**Creditor's mailing address**

aka Bank of the West
651 Day Hill Road, Windsor, CT 06095

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

UCC- 1 Filed 5/2/2018 and 10/3/2018

$Unknown    $_____

**Describe the lien**
Equipment Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.10 Creditor's name**
Toyota Industries Commercial Finance Inc.

**Creditor's mailing address**

PO Box 35701
Billings, MT 59107

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

UCC-1 filed 5/3/2017

$Unknown    $_____

**Describe the lien**
Equipment Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | J.P.R. Mechanical Inc. | Case number *(if known)* | 19-23480 |
| | Name | | |

<table>
<tr><td colspan="4" style="background:black;color:white"><strong>Part 2:</strong></td><td colspan="3"><strong>List Others to Be Notified for a Debt Already Listed in Part 1</strong></td></tr>
</table>

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

<table>
<tr><td>Fill in this information to identify the case:</td></tr>
</table>

Debtor        J.P.R. Mechanical Inc.

United States Bankruptcy Court for the:    Southern District of New York

Case number      19-23480
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Dime Bank
300

As of the petition filing date, the claim is: $ 0.00      $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Last 4 digits of account
number    _____

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 4   )

**2.2** Priority creditor's name and mailing address
Signature Bank

As of the petition filing date, the claim is: $ 0.00      $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Last 4 digits of account
number    _____

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 4   )

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____      $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Last 4 digits of account
number    _____

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (____)

Debtor  J.P.R. Mechanical Inc.                                    Case number (if known)  19-23480
        Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
A&I Bronx Realty
41 Maujer Street

Brooklyn, NY, 11206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$** 4,712.22

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2**

**Nonpriority creditor's name and mailing address**
Accord Pipe Fabricators Inc.
c/o Tesser & Cohen
945 Main Street
Hackensack, NJ, 07601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$** 221,855.68

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3**

**Nonpriority creditor's name and mailing address**
Accurate Specialty Metals FAB
47-40 Metropolitain Avenue

Ridgewood, NY, 11385

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$** 11,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4**

**Nonpriority creditor's name and mailing address**
Action Paper Co., Inc.
PO Box 210

Bronx, NY, 10456

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$** 32,722.15

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.5**

**Nonpriority creditor's name and mailing address**
Ade Systems Inc.
150 Albany Avenue

Freeport, NY, 11520

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$** 1,096,791.25

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.6**

**Nonpriority creditor's name and mailing address**
Air Distribution Ent., Inc.
19 Wilbur Street

Lynbrook, NY, 11563

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$** 1,135.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    J. P. R. Mechanical Inc.    Case number (if known)    19-23480
_____    Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

**3.7 Nonpriority creditor's name and mailing address**

Airpath Testing Services, Inc.
40 Oser Avenue, Ste 8

Hauppauge, NY, 11788

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 120,449.00**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8 Nonpriority creditor's name and mailing address**

ALBERT WEISS AIR COND.PROD INC
270 MADISON AVENUE STE 1805

New York, NY, 10016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 91,150.00**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.9 Nonpriority creditor's name and mailing address**

ALBIREO ENERGY
PO BOX69049

BALTIMORE, MD, 21264-9049

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 102,025.66**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10 Nonpriority creditor's name and mailing address**

ALL CITY TESTING & BAL CORP.
2876 MILBURN AVENUE

Baldwin, NY, 11510

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 93,314.77**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11 Nonpriority creditor's name and mailing address**

ALLFASTENERS USA LLC
PO BOX 933167

CLEVELAND, OH, 44193

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 12,485.76**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor _J. P. R. Mechanical Inc._____
      Name

Case number _(if known)_ 19-23480

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Analytical & Combustion Systems
5 Old Town Park Road
Unit 93 South End Plaza
New Milford, CT, 6776

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 56,924.25

---

**3.13** Nonpriority creditor's name and mailing address

ANIXTER, INC
PO BOX 847428

DALLAS, TX, 75284

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 8,775.00

---

**3.14** Nonpriority creditor's name and mailing address

ANVIL MECHANICAL INC.
535 SOUTH COLUMBUS AVE

MT. VERNON, NY, 10550

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 852,518.14

---

**3.15** Nonpriority creditor's name and mailing address

ARESCO INC
304 W. JOHN STREET

HICKSVILLE, NY, 11801

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,381.62

---

**3.16** Nonpriority creditor's name and mailing address

ARLAN DAMPER CORPORATION
1598 LAKELAND AVENUE

BOHEMIA, NY, 11716

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 20,049.50

---

Debtor    J. E. R. Mechanical Inc.
           Name

Case number (if known)    19-23480

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.17** Nonpriority creditor's name and mailing address

ASSOCIATED WATER CONDITIONERS
23 GREEN LANE

SUCCASUNNA, NJ, 7876

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,300.00

---

**3.18** Nonpriority creditor's name and mailing address

ATLANTIC COOLING TECH&SERV LLC
80 KERO ROAD

CARLSTADT, NJ, 7072

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 377,954.56

---

**3.19** Nonpriority creditor's name and mailing address

AUTOMATED LOGIC CONTRACTING
P.O. BOX 403257

ATLANTA, GA, 30384

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 263,396.44

---

**3.20** Nonpriority creditor's name and mailing address

AWISCO NEW YORK CORP
55-15 43RD STREET

MASPETH, NY, 11378

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 296.54

---

**3.21** Nonpriority creditor's name and mailing address

AXIS PIPING
4151 BOSTON ROAD

BRONX, NY, 10466

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 323,492.32

---

Debtor   J.F.R. Mechanical Inc.
         Name

Case number (if known)   19-23480

---

**Part 2:**   **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.22**   **Nonpriority creditor's name and mailing address**

BABCOINCORPORATED
60-10 MAURICE AVENUE

MASPETH, NY, 11378

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 381.06

---

**3.23**   **Nonpriority creditor's name and mailing address**

BACO ENTERPRISES INC.
1190 LONGWOOD AVE

BRONX, NY, 10474

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,002.20

---

**3.24**   **Nonpriority creditor's name and mailing address**

BANNER SALES CO., INC.
PO BOX 1453

COVINGTON, LA, 70434

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,615.14

---

**3.25**   **Nonpriority creditor's name and mailing address**

BENFIELD ELECTRIC SUPPLY CORP
25 LAFAYETTE AVENUE

WHITE PLAINS, NY, 10603

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,412.41

---

**3.26**   **Nonpriority creditor's name and mailing address**

BENTLEY SYSTEMS, INC.
685 STOCKTON DRIVE

EXTON, PA, 19341

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 114.01

---

Debtor _____J.F.R. Mechanical Inc._____    Case number (if known) ___19-23480___
          Name

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.27** **Nonpriority creditor's name and mailing address**

BEST MONITORING LTD
PO BOX 740451

BRONX, NY, 10474

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 816.56

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.28** **Nonpriority creditor's name and mailing address**

BIMCORP INC
321  WYTHE AVENUE UNIT# 1406

BROOKLYN, NY, 11249

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 22,296.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.29** **Nonpriority creditor's name and mailing address**

Bronx Welding Supply Co., Inc.
94 Marine Street

Farmingdale, NY, 11735

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,347.46

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.30** **Nonpriority creditor's name and mailing address**

BRUCE SUPPLY CORPORATION
8805 18TH AVENUE

BROOKLYN, NY, 11214

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 107,317.02

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.31** **Nonpriority creditor's name and mailing address**

C &  E ENGINEERING, LLC
94 THOMPSON STREET

DUMONT, NJ, 7628

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 4,645.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor ___J. F. R. Mechanical Inc.___    Case number (if known) ___19-23480___
    Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.32** Nonpriority creditor's name and mailing address

CABLE PLUS
2012 CORPORATE LANE
SUITE 116
NAPERVILLE, IL, 60563

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12,874.88

---

**3.33** Nonpriority creditor's name and mailing address

CAPITAL HARDWARE/ELGEN MFG.
P.O. BOX 62962

BALTIMORE, MD, 21264-2962

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 16,248.24

---

**3.34** Nonpriority creditor's name and mailing address

CARDMEMBER SERVICE
PO BOX 790408

ST. LOUIS, MO, 63179-0408

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 11,690.02

---

**3.35** Nonpriority creditor's name and mailing address

CARRIER NORTHEAST
P.O. BOX 33133

NEWARK, NJ, 07188-0133

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,414.21

---

**3.36** Nonpriority creditor's name and mailing address

CARTER, MILCHMAN&FRANK INC.
28-10 37TH AVENUE

LONG ISLAND CITY, NY, 11101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 17,687.27

---

Debtor ___J.F.R. Mechanical Inc.___
     Name

Case number *(if known)* ___19-23480___

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 37   **Nonpriority creditor's name and mailing address**

CASSONE LEASING, INC.
19SO LAKELAND AVE.

RONKONKOMA, NY, 11779

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,041.15

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 38   **Nonpriority creditor's name and mailing address**

CENTURY WASTE SERVICES LLC
P.O. BOX 1109

ELIZABETH, NJ, 07201-1109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,959.76

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 39   **Nonpriority creditor's name and mailing address**

CERCO PRODUCTS INC
127 DALE STREET

WEST BABYLON, NY, 11704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11,346.67

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 40   **Nonpriority creditor's name and mailing address**

CHASE-VISA
CARDMEMBER SERVICES
P.O. BOX 1423
CHARLOTTE, NC, 28201-1423

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 38,960.36

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 41   **Nonpriority creditor's name and mailing address**

CHEMWORKS FILTRATION INC
31 GEORGE STREET

NEWTON, MA, 2458

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,508.50

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor __J.P.R. Mechanical Inc._____    Case number _(if known)_ __19-23480__
     Name

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.42** **Nonpriority creditor's name and mailing address**

CITY OF NY FIRE DEPARTMENT
P.O. BOX 412014

BOSTON, MA, 02241-2014

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 315.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.43** **Nonpriority creditor's name and mailing address**

CLARITY WATER TECHNOLOGIES
404 EAST ROUTE 59

NANUET, NY, 10954

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 35,346.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.44** **Nonpriority creditor's name and mailing address**

CLIMATEC LLC 0/B/A SKYLINE AUT
300 BROAOACRES DRIVE
SUITE 400
BLOOMFIELD, NJ, 7003

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 739,782.03

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.45** **Nonpriority creditor's name and mailing address**

COLONIAL AMERICAN CASUALTY AND
SURETY COMPANY
1299 ZURICH WAY

SHAUMBURG, IL, 60196-1056

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.46** **Nonpriority creditor's name and mailing address**

COLONIAL TOOLS & EQUIPMENT
33 COMMERCE STREET

SPRINGFIELD, NJ, 7081

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 209,649.76

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor    J. F. R. Mechanical Inc.
_____
Name

Case number (if known)    19-23480

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 47    **Nonpriority creditor's name and mailing address**

COLONY HARDWARE CORPORATION
PO BOX 21216

NEW YORK, NY, 10087

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 63,920.34

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 48    **Nonpriority creditor's name and mailing address**

COMMERCIAL CAPITAL CO., LLC
8215 MELROSE DRIVE SUITE 100

LENEXA, KS, 66214-1617

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 357.17

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 49    **Nonpriority creditor's name and mailing address**

CONEDISON
JAFSTATION
P.O. BOX 1701
NEW YORK, NY, 10116-1701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,719.91

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 50    **Nonpriority creditor's name and mailing address**

CONEDISON
JAF STATION
P.O. BOX 1702
NEW YORK, NY, 10116

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,892.34

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 51    **Nonpriority creditor's name and mailing address**

CONTROL ASSOCIATES INC
PO BOX 827025

PHILADELPHIA, PA, 19182-7025

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,505.69

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____J.P.R. Mechanical Inc._____     Case number (if known) __19-23480___
        Name

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.52** Nonpriority creditor's name and mailing address

CONTROL SOLUTIONS GROUP
122 WEST 27TH STREET, 5TH FLOOR

NEW YORK, NY, 10001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 24,638.75

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.53** Nonpriority creditor's name and mailing address

CORE TECH ASSOCIATES CORP.
45-38 162ND STREET

FLUSHING, NY, 11358

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 3,157.38

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.54** Nonpriority creditor's name and mailing address

DAIKIN APPUED
13600 INDUSTRIAL PARK BLVD
ATTN: JEFFREY TACK
MINNEAPOLIS, MN, 55441

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 51,494.73

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.55** Nonpriority creditor's name and mailing address

DELTA CONNECT INC
DEP
10 CENTRE DRIVE

MONROE, NJ, 8831

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 394,027.09

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.56** Nonpriority creditor's name and mailing address

DISTRIBUTION INTERNATIONAL
CREDIT REPRESENTATIVE
10942 BEAVER DAM ROAD
HUNT VALLEY, MD, 21030

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 176,523.68

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  J. E. R. Mechanical Inc.
        Name

Case number (if known)  19-23480

## Part 2:    Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

| | Amount of claim |
|---|---|

---

**3.57**    **Nonpriority creditor's name and mailing address**

DOLPHIN EQUIPMENT CORP.
629 5TH AVENUE #113

PELHAM, NY, 10803-3710

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 99,802.14

---

**3.58**    **Nonpriority creditor's name and mailing address**

E-J Electric Installation Co.
46-41 Vernon Blvd.
Long Island City, NY, 11101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 112,398.20

---

**3.59**    **Nonpriority creditor's name and mailing address**

EAST PARK EXTERMINATING
P.O. BOX629

BRONX, NY, 10462-9820

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 631.49

---

**3.60**    **Nonpriority creditor's name and mailing address**

EASTERN CUTTING CORP.
2281 LIGHT STREET

BRONX, NY, 10466

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,137.25

---

**3.61**    **Nonpriority creditor's name and mailing address**

EASTERN TESTING & INSPECTION,
43 HERKOMER STREET

NEW HYDE PARK, NY, 11040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,330.00

---

Debtor _____J.F.P. Mechanical Inc._____    Case number *(if known)* ___19-23480___
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.62** **Nonpriority creditor's name and mailing address**

ECOLINE INC.
41-14 24TH STREET

LONG ISLAND CITY, NY, 11101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 121,203.00

---

**3.63** **Nonpriority creditor's name and mailing address**

ELITE CONTROL CONTRACTING INC.
311SOUTH6THAVENUE

MOUNT VERNON, NY, 10550

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,900.00

---

**3.64** **Nonpriority creditor's name and mailing address**

EMPIRE PUMP & MOTOR
150 WEST 26 STREET

NEW YORK, NY, 10801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 310.29

---

**3.65** **Nonpriority creditor's name and mailing address**

ERLIN STEEL OF LONG ISLAND INC
857 N. RICHMOND AVENUE

LINDENHURST, NY, 11757

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 49,295.88

---

**3.66** **Nonpriority creditor's name and mailing address**

FDNY
9 MetroTech Center
3rd Floor CDA Unit
Brooklyn, NY, 11201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,365.00

---

Debtor J.P.R. Mechanical Inc.

Name

Case number (if known) 19-23480

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

| | Amount of claim |
|---|---|

---

**3.67** Nonpriority creditor's name and mailing address

FERGUSON ENTERPRISES
P.O. BOX 417592

BOSTON, MA, 02241-7592

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 5,294.86

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.68** Nonpriority creditor's name and mailing address

FIDELITY AND DEPOSIT COMPANY OF
MARYLAND
1299 ZURICH WAY

SHAUMBURG, IL, 60196-1056

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.69** Nonpriority creditor's name and mailing address

FIDELITY AND DEPOSIT COMPANY OF
MARYLAND
600 RED BROOK BLVD.
SUITE 600
OWINGS MILLS, MD, 21117

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.70** Nonpriority creditor's name and mailing address

FIRST ACCESS EQUIPMENT
24 D COMMERCE ROAD

FAIRFIELD, NJ, 70004

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,986.45

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.71** Nonpriority creditor's name and mailing address

FIVE STAR ELECTRICAL CORP
29-76 NORTHERN BLVD

LONG ISLAND CITY, NY, 11101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 155,311.06

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____J.P.R. Mechanical Inc._____
　　　　　　Name

Case number (if known) 19-23480

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.72 Nonpriority creditor's name and mailing address**

G.A. FLEET ASSOCIATES, INC.
6 INTERNATIONAL DRIVE, SUITE 210

RYE BROOK, NY, 10573

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 99,650.78**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.73 Nonpriority creditor's name and mailing address**

GENERAL INSULATION COMPANY
P.O. BOX 636959

CINCINNATI, OH, 45263

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 6,636.58**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.74 Nonpriority creditor's name and mailing address**

GILBAR INDUSTRIES INC.
5 WEST 19TH STREET

NEW YORK, NY, 10011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 900,549.95**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.75 Nonpriority creditor's name and mailing address**

GOTHAM PIPE SUPPLY, LLC
18-19 FLUSHING AVENUE

RIDGEWOOD, NY, 11385

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.76 Nonpriority creditor's name and mailing address**

GOTHAM REFINING CHEMICAL CORP.
23-74 48TH STREET

ASTORIA, NY, 11103

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 30,993.37**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    J.P.R. Mechanical Inc.
_____
Name

Case number *(if known)*    19-23480

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.**<sup>77</sup> **Nonpriority creditor's name and mailing address**

GRAINGER
DEPT.839043833

PALATINE, IL, 60038-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 17,697.97

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**<sup>78</sup> **Nonpriority creditor's name and mailing address**

GROUND PENETRATING RADAR SYS
5217 MONROE STREET

TOLEDO, OH, 43623

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,600.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**<sup>79</sup> **Nonpriority creditor's name and mailing address**

H. WEISS MACHINERY & SUPPLY
345 DETROIT AVENUE

STATEN ISUND, NY, 10312

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,941.95

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**<sup>80</sup> **Nonpriority creditor's name and mailing address**

HAILEY INSUUTION CORP
815 ROUTE 25A

ROCKY POINT, NY, 11778

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 470,114.15

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**<sup>81</sup> **Nonpriority creditor's name and mailing address**

HARRISON PUBLISHING  HOUSE INC
POBOX 320-995 INDUSTRIAL PARK RD

LITTLETON, NH, 03561-0320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,100.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____J.F.R. Mechanical Inc._____
         Name

Case number (if known) __19-23480__

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.82** Nonpriority creditor's name and mailing address

HARRY BRAINUM JR. INC.
360 MCGUINNESS BLVD

BROOKLYN, NY, 11222

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 460,091.84

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.83** Nonpriority creditor's name and mailing address

HIGHWAY SAFETY PROTECTION CORP
P.O. BOX677

SYOSSET, NY, 11791

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 117,327.15

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.84** Nonpriority creditor's name and mailing address

HILO EQUIPMENT & SERVICES
1283 College Park Drive

Dover, DE, 19904

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,394.57

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.85** Nonpriority creditor's name and mailing address

HORIZON CONTRACING INC.
96 UKEVILLE ROAD

NEW HYDE PARK, NY, 11040

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 153,275.26

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.86** Nonpriority creditor's name and mailing address

HTS NEW YORK
ONE PENN PUZA, STE 2828

NEW YORK, NY, 10119

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 31,649.97

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  J. E. R. Mechanical Inc.

Name

Case number *(if known)*  19-23480

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

**3.87  Nonpriority creditor's name and mailing address**

I & I SYSTEMS INC.
66 TABLE ROCK ROAD

TUXEDO, NY, 10987

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 591,409.37

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.88  Nonpriority creditor's name and mailing address**

IMPERIAL DAMPER & LOUVER LLC
907-911 EAST 141ST STREET
PO BOX 541573
BRONX, NY, 10454

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 119,689.25

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.89  Nonpriority creditor's name and mailing address**

Independent Testing& Balancing
254 N Main St

New City, NY, 10956

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28,805.04

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.90  Nonpriority creditor's name and mailing address**

INDUSTRIAL CONTROLS DIST.
DEPARTMENT 116241
P.O. BOX 5211
BINGHAMTON, NY, 13902-5211

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38,371.50

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.91  Nonpriority creditor's name and mailing address**

INDUSTRIAL THREADED PRODUCTS
777  MOUNT AVENUE

WYANDANCH, NY, 11798

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 307,578.28

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____J.F.R. Mechanical Inc._____    Case number (if known)___19-23480___
      Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.92** Nonpriority creditor's name and mailing address

INTERNATIONAL ASBESTOS REMOVAL
119  COOPER STREET

BABYLON, NY, 11702

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,653,535.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.93** Nonpriority creditor's name and mailing address

ISP FUEL SYSTEMS
9 CHRIS COURT
SUITE F
DAYTON, NJ, 8810

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 2,508.70

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.94** Nonpriority creditor's name and mailing address

IT SERVICES LLC
1127 HIGH RIDGE ROAD, #199

STAMFORD, CT, 6905

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 5,611.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.95** Nonpriority creditor's name and mailing address

JANSONS ASSOCIATES INC
130  MOZART STREET

EAST RUTHERFORD, NJ, 7073

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 226,608.13

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.96** Nonpriority creditor's name and mailing address

JBC CHIMNEY INC.
15 DAELL UNE

CENTER EACH, NY, 11720

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 36,381.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor _____J.P.R. Mechanical Inc._____          Case number *(if known)* __19-23480__
                        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.97** Nonpriority creditor's name and mailing address

JOHN N FEHLINGER CO.
20 VESEY STREET
10TH FLOOR
NEW YORK, NY, 10007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 106,358.00

---

**3.98** Nonpriority creditor's name and mailing address

JOHNS INSULATION INC
96 LAKEVILLE ROAD

NEW HYDE PARK, NY, 11040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 83,126.07

---

**3.99** Nonpriority creditor's name and mailing address

JOHNSON CONTROLS INC
PO BOX 730068

DALLAS, TX, 75373

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 116,221.65

---

**3.100** Nonpriority creditor's name and mailing address

JOHNSTONE SUPPLY-WOODSIDE
27-01 BROOKLYN QUEENS EXP

WOODSIDE, NY, 11377

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 17.30

---

**3.101** Nonpriority creditor's name and mailing address

JPR MECHANICAL SERVICES
255 MAIN STREET

NEW ROCHELLE, NY, 10801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 745,220.59

---

Debtor _____J.F.R. Mechanical Inc._____   Case number *(if known)* ___19-23480____
          Name

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

**3. 102** **Nonpriority creditor's name and mailing address**

KEY EQUIPMENT FINANCE
P.O. BOX 974713

CLEVELAND, OH, 44194

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 18,910.92

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3. 103** **Nonpriority creditor's name and mailing address**

KG POWER SYSTEMS
150  LASER COURT

HAUPPAUGE, NY, 11788

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 681.75

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 104** **Nonpriority creditor's name and mailing address**

KLIMA NEW YORK LLC
425 MCFARLAN RD., STE 209

KENNETT SQUARE, PA, 19348

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 29,502.77

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 105** **Nonpriority creditor's name and mailing address**

L. WINIK & ASSOCIATES INC.
109 WHITE OAK LANE SUITE 61

OLD BRIDGE, NJ, 8857

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 48,426.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3. 106** **Nonpriority creditor's name and mailing address**

Libertas Funding LLC
382 Greenwich Ave., Suite 2
Taftville, CT, 06380

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:** Loan/ Sale of Future Receivables

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor        J.P.R. Mechanical Inc.                                    Case number *(if known)*    19-23480

               Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3. 107 Nonpriority creditor's name and mailing address**

LOCAL 282 ANNUITY TRUST FUND
2500 MARCUS AVENUE

LAKE SUCCESS, NY, 11042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 2,795.50

---

**3. 108 Nonpriority creditor's name and mailing address**

LOCAL 282 JOB TRAINING TRUST
2500 MARCUS AVENUE

LAKE SUCCESS, NY, 11042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 36.25

---

**3. 109 Nonpriority creditor's name and mailing address**

LOCAL 282 PENSION TRUST FUND
2500 MARCUS AVENUE

LAKE SUCCESS, NY, 11042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 4,597.08

---

**3. 110 Nonpriority creditor's name and mailing address**

LOCAL 282 WELFARE TRUST FUND
2500 MARCUS AVENUE

LAKE SUCCESS, NY, 11042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 9,480.00

---

**3. 111 Nonpriority creditor's name and mailing address**

LUCE, SCHWAB & KASE, INC.
BOX779
9 GLORIA LANE
FAIRFIELD, NJ, 07007-0779

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 66,254.96

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    J. P. Mechanical Inc.
                Name                                              Case number *(if known)*    19-23480

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.** 112  **Nonpriority creditor's name and mailing address**

MARKING SERVICES INC.
8265 N FAULKNER ROAD

MILWAUKEE, WI, 53224

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 5,084.08

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 113  **Nonpriority creditor's name and mailing address**

Mason Industries
350 Rabro Drive
Hauppauge, NY, 11788

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 6,620.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 114  **Nonpriority creditor's name and mailing address**

MAYER MALBIN CO INC
41-0136TH AVE

LONG ISLAND CITY, NY, 11101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 607,377.67

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 115  **Nonpriority creditor's name and mailing address**

MCKINNEY WELDING SUPPLY CO INC
1145 BRONX RIVER AVENUE

BRONX, NY, 10472-3101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 85,969.78

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 116  **Nonpriority creditor's name and mailing address**

McNICHOLSCO.
PO BOX 101211

ATLANTA, GA, 30392-1211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor     J. F. R. Mechanical Inc.                                    Case number (if known)    19-23480
                    Name

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 117  **Nonpriority creditor's name and mailing address**

MECHANICAL TECHNOLOGIES
10 BLOOMFIELD AVE SUITE 6

PINE BROOK, NJ, 7058

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 286,745.75

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 118  **Nonpriority creditor's name and mailing address**

MEDCOR, INC.
PO BOX 75570

CLEVELAND, OH, 44101-4755

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 165.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 119  **Nonpriority creditor's name and mailing address**

METRO AIR PRODUCTS
20 WEST 36TH STREET
SUITE 700
NEW YORK, NY, 10018

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 28,450.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 120  **Nonpriority creditor's name and mailing address**

METRO FAB INC.
15 FAIRCHILD COURT

PLAINVIEW, NY, 11803

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 308,826.60

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 121  **Nonpriority creditor's name and mailing address**

METROVALVE &  ACTUATION
241-02 NORTHERN BLVD. SUITE 203

DOUGLASTON, NY, 11362

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 123,602.60

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor _____ J. P. R. Mechanical Inc. _____   Case number (if known) 19-23480
         Name

## Part 2:   Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.122** **Nonpriority creditor's name and mailing address**

MICROSOL RESOURCES

214 WEST 29TH ST, SUITE 1100

NEW YORK, NY, 10001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,492.87

---

**3.123** **Nonpriority creditor's name and mailing address**

MIDLAND STEEL WHSE. CORP.
1120 LEGGETT AVE

BRONX, NY, 10474

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 61,762.85

---

**3.124** **Nonpriority creditor's name and mailing address**

MILLER PROCTOR NICKOLAS INC.
2 HUDSON STREET

SLEEPY HALLOW, NY, 10591

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 60,564.25

---

**3.125** **Nonpriority creditor's name and mailing address**

MJD COMBUSTION SALES
514 MEACHAN AVENUE

ELMONT, NY, 11003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,503.02

---

**3.126** **Nonpriority creditor's name and mailing address**

MSA SAFETY SALES, LLC
734143 NETWORK PLACE

CHICAGO, IL, 60673

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 445.69

---

Debtor ___J.E.R. Mechanical Inc._____     Case number (if known) ___19-23480___
            Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 127  **Nonpriority creditor's name and mailing address**

MV CONTROLS INC.
111 CANFIELD AVE SUITE A-13

RANDOLPH, NJ, 07869-3007

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 184,029.33

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 128  **Nonpriority creditor's name and mailing address**

MWSK EQUIPMENT CORP.
350 SEVENTH AVENUE

NEW YORK, NY, 10001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 637,503.88

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 129  **Nonpriority creditor's name and mailing address**

NALCO COMPANY LLC
PO BOX 70716

CHICAGO, IL, 60673-0716

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 47,737.65

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 130  **Nonpriority creditor's name and mailing address**

NAPCO COPY GRAPHICS CNTR OF NY
PO BOX234

LYNDHURST, NJ, 7071

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 21,889.16

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 131  **Nonpriority creditor's name and mailing address**

NATIONAL AIR FILTER SVC INC.
74 SAND PARK ROAD

CEDAR GROVE, NJ, 7009

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 6,744.39

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___J.T.R. Mechanical Inc.___    Case number (if known) ___19-23480___
　　　　　Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.132  Nonpriority creditor's name and mailing address**

NEFCO
P.O. BOX 1701

BRIDGEPORT, CT, 06601-1701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 9,924.68**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.133  Nonpriority creditor's name and mailing address**

NY Plumbing & Wholesale Supply
933 COLUMBUS AVENUE

NEW YORK, NY, 10025

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 155,269.67**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.134  Nonpriority creditor's name and mailing address**

NYS Department of Tax
Office of Counsel building 9
W A Harriman Campus
Albany, NY, 12227

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 447.30**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.135  Nonpriority creditor's name and mailing address**

O.T. DELIVERY SYSEMS INC.
18 FORD PRODUCTS RD

VALLEY COTTAGE, NY, 10989

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 39,295.02**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.136  Nonpriority creditor's name and mailing address**

ORIFLOW
2125 RANGE ROAD UNIT B

CLEARWATER, FL, 33765

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 5,040.00**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  J. E. R. Mechanical Inc.
_____
Name

Case number (if known)  19-23480

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 137  **Nonpriority creditor's name and mailing address**

POTENZA ELECTRICAL CORPORATION
123 BAYVIEW AVENUE

AMITYVILLE, NY, 11701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 0.00

---

**3.** 138  **Nonpriority creditor's name and mailing address**

POWER PAK CIVIL & SAFETY
2Z5 N. ROUTE 303, UNIT 108

CONGERS, NY, 10920

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 3,779.81

---

**3.** 139  **Nonpriority creditor's name and mailing address**

PREMIER INSULATION SERVICES
5929 55th Street

Flushing, 11378

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 334,200.00

---

**3.** 140  **Nonpriority creditor's name and mailing address**

PURITY LABORATORIES INC
1 Maple Avenue
unit #5
EAST RUTHERFORD, NJ, 7073

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 483.00

---

**3.** 141  **Nonpriority creditor's name and mailing address**

Quad City Safety, Inc.
5311 Tremont Avenue

Davenport, IA, 52807

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 6,358.16

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor ___J.P.R. Mechanical Inc.___
　　　　Name

Case number (if known) __19-23480__

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 142  **Nonpriority creditor's name and mailing address**

Radium 2 SPV#1 LLC
300 RXR Plaza
Uniondale, NY, 11556

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Loan/ Sale of Future Receivables

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 143  **Nonpriority creditor's name and mailing address**

Radium2 Capital LLC
300 RXR Plaza
Uniondale, NY, 11556

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Loan/ Sale of Future Receivables

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 144  **Nonpriority creditor's name and mailing address**

RITEWAY INDUSTRIES CORP.
900 Merchants Concourse

Westbury, NY, 11590

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 2,994.06

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 145  **Nonpriority creditor's name and mailing address**

ROHAN FRANCIS
24 Claremont Avenue

MT. VERNON, NY, 10550

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 2,312.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 146  **Nonpriority creditor's name and mailing address**

S.W. ANDERSON SALES
63 DANIEL STREET

FARMINGDALE, NY, 11765

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 280,289.26

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    J.F.P. Mechanical Inc.
_____
Name

Case number *(if known)*    19-23480

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.**147   **Nonpriority creditor's name and mailing address**

SAGE CRE FORMS
PO Box 230578

Portland, OR, 97281

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 4,546.95

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.**148   **Nonpriority creditor's name and mailing address**

SCHNEIDER ELECTRIC
210 Meadowlands Pkwy
Suite D
Secaucus, NJ, 7094

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.**149   **Nonpriority creditor's name and mailing address**

SHEETMETAL INDUSTRY PROMOTION Fund
of New York City
16 Court Street
Ste. 2100
Brooklyn, NY, 11241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,726,737.56

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.**150   **Nonpriority creditor's name and mailing address**

Siemens Industry
8 Fernwood Road

Florham Park, NJ, 7932

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.**151   **Nonpriority creditor's name and mailing address**

SKYLIFT CONTRACTOR CORPORATION
58-95 MAURICE AVE, LOWER LEVEL

MASPETH, NY, 11378

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 542,875.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor ___J. F. R. Mechanical Inc.___   Case number *(if known)* ___19-23480___
                Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.152** Nonpriority creditor's name and mailing address

SMALLS ELECTRICAL CONSTRUCTION
63 FLUSHING AVNUE UNIT #338

BROOKLYN, NY, 11205

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 47,594.00

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**3.153** Nonpriority creditor's name and mailing address

SMWIA LOC. 28 FUNDS&PLANS
195 MINEOLA BLVD

MINEOLA, NY, 11501

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,076,989.36

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**3.154** Nonpriority creditor's name and mailing address

SPX COOLING TECHNOLOGIES, INC.
PO BOX 99038

CHICAGO, IL, 60693

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 421.63

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**3.155** Nonpriority creditor's name and mailing address

SRS ENTERPRISES INC
14 LEONARDVILLE ROAD

MIDDLETOWN, NJ, 7718

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,765,034.79

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**3.156** Nonpriority creditor's name and mailing address

STRESS TECH, INC.
75-07 GLENMORE AVE.

OZONE PARK, NY, 11417

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,500.00

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.157** **Nonpriority creditor's name and mailing address**

STRIKER SHEET METAL
1 MAHAN STREET

WEST BABYLON, NY, 11704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 700.00

---

**3.158** **Nonpriority creditor's name and mailing address**

Stultz Climate Control
1572 Tilco Drive

Frederick, MD, 21704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,597.50

---

**3.159** **Nonpriority creditor's name and mailing address**

SUBCONTRACTORS TRADE ASSOC.
1325 AVENUE OF THE AMERICAS
10TH FLOOR
NEW YORK, NY, 10019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,095.00

---

**3.160** **Nonpriority creditor's name and mailing address**

SUNBELT RENTALS INC.
PO BOX 409211

ATLANTA, GA, 30384

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 100,119.62

---

**3.161** **Nonpriority creditor's name and mailing address**

T&L FABRICATORS, INC
120 DOBBIN STREET

BROOKLYN, NY, 11222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 29,413.61

Debtor    J.P.R. Mechanical Inc.
_____
Name

Case number *(if known)*    19-23480

---

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 162 **Nonpriority creditor's name and mailing address**

T.M. Bier & Assoc. Inc.
79 Hazel Street
Glen Cove, NY, 11542

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 176,125.00

---

**3.** 163 **Nonpriority creditor's name and mailing address**

TECHNICAL AIR SYSTEMS INC.
TEXTURA
P.O. BOX 104

NEW VERNON, NJ, 7978

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 30,350.00

---

**3.** 164 **Nonpriority creditor's name and mailing address**

THE EAGLE LEASING COMPANY
PO BOX 923

ORANGE, CT, 064 77-0923

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 29.06

---

**3.** 165 **Nonpriority creditor's name and mailing address**

THE IDEAL SUPPLY COMPANY
445 Communipaw Avenue

Jersey City, NJ, 7304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 410,327.14

---

**3.** 166 **Nonpriority creditor's name and mailing address**

THE VMC GROUP
113 MAIN STREET

BLOOMINGDALE, NJ, 7403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 21,513.27

---

Debtor ___J.E.P. Mechanical Inc._____   Case number _(if known)_ __19-23480__
        Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.** 167 **Nonpriority creditor's name and mailing address**

TIFFANY LUMBER
P.O. BOX 873

SUFFERN, NY, 10901

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 74.01

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 168 **Nonpriority creditor's name and mailing address**

TOMARCO CONTRACTOR SPECIALTIES
14848 NORTHAM STREET

LA MIRADA, CA, 90638

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 23,546.26

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 169 **Nonpriority creditor's name and mailing address**

TOWER ENTERPRISES
256 W. 36TH STREET 57TH FLOOR

NEW YORK, NY, 10018

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 17,032.45

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 170 **Nonpriority creditor's name and mailing address**

TOWER WATER
5 SHIRLEY AVENUE

SOMERSET, NJ, 8873

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 30,106.38

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 171 **Nonpriority creditor's name and mailing address**

TRANE U.S. INC.
P.O. BOX 406469

ATLANTA, GA, 30384-6469

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 164,363.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    J.P.R. Mechanical Inc.    Case number (if known)    19-23480
         Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3. 172**  Nonpriority creditor's name and mailing address

TRIMBLE INC
P.O. Box 203558

Dallas, TX, 75320

**As of the petition filing date, the claim is:**    $ 5,879.25
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 173**  Nonpriority creditor's name and mailing address

TRIPLES AIR SYSTEMS INC
80 RAYNOR AVENUE

RONKONKOMA, NY, 11779

**As of the petition filing date, the claim is:**    $ 154,624.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 174**  Nonpriority creditor's name and mailing address

TRISTAN CONTRACTING
21 EAST PULASKI ROAD

HUNTINGTON STATION, NY, 11746

**As of the petition filing date, the claim is:**    $ 71,376.65
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 175**  Nonpriority creditor's name and mailing address

TURTLE & HUGHES
1900 LOWER ROAD

LINDEN, NJ, 7036

**As of the petition filing date, the claim is:**    $ 5,206.33
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 176**  Nonpriority creditor's name and mailing address

TVT 2.0 LLC
90 Broad Street, 16th Floor
New York, NJ, 10004

**As of the petition filing date, the claim is:**    $ Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:**  Loan/ Sale of Future Receivables

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   J.P.R. Mechanical Inc.
         Name

Case number (*if known*)   19-23480

## Part 2:  Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 177   **Nonpriority creditor's name and mailing address**

TWINCO SUPPLY CORPORATION
PO BOX 1170

GARDEN CITY PARK, NY, 11040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,774.76

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 178   **Nonpriority creditor's name and mailing address**

U2 RIGGING & HOISTING, INC.
57 CENTRAL AVE.

FARMINGDALE, NY, 11735

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 110,150.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 179   **Nonpriority creditor's name and mailing address**

ULINE
P.O. BOX 88741

CHICAGO ILLINOIS, NY, 60680-1741

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 371.67

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 180   **Nonpriority creditor's name and mailing address**

UNITED METRO ENERGY
500 KINGSLAND AVENUE

BROOKLYN, NY, 11222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 4,506.90

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 181   **Nonpriority creditor's name and mailing address**

UNITED RENTALS (NORTH AMERICA)
UNITED STATES TREASURY
PO BOX 100711

ATLANTA, GA, 30384

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 98,665.88

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _J.F.R. Mechanical Inc._____  Case number (if known) _19-23480___
       Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.182**  **Nonpriority creditor's name and mailing address**

VENARI SOURCING INC
595 BALTIC AVENUE, 4D

BROOKLYN, NY, 11217

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,250.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.183**  **Nonpriority creditor's name and mailing address**

VERTIV CORPORATION
PO BOX 70474

CHICAGO, IL, 60673

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 123,595.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.184**  **Nonpriority creditor's name and mailing address**

VICON MACHINERY, LLC
VIN VAN OSS
1801 ARCTIC AVENUE

BOHEMIA, NY, 11716

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 127.52

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.185**  **Nonpriority creditor's name and mailing address**

WALES DARBY INC.
LOCKBOX 9160
PO BOX 70280
PHILADELPHIA, PA, 19176-0280

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 39,880.63

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.186**  **Nonpriority creditor's name and mailing address**

WALLACE EANNACE ASSOC. INC.
P.O. BOX 9121

PLAINVIEW, NY, 11803-9021

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,296.10

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  J.P.R. Mechanical Inc.
_____
          Name

Case number (if known)  19-23480

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** [187] **Nonpriority creditor's name and mailing address**

WALLWORK GROUP
9 PATTON DRIVE

WEST CALDWELL, NJ, 7006

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 333.38

---

**3.** [188] **Nonpriority creditor's name and mailing address**

WALSH-ATKINSON COMPANY INC.
1801 ARTIC AVENUE
#B
BOHEMIA, NY, 11716

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 10,901.77

---

**3.** [189] **Nonpriority creditor's name and mailing address**

WASOFF PLUMBING & UTILITY INC
150 MAIN STREET, TRLR 18

ISLIP, NY, 11751

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 600.00

---

**3.** [190] **Nonpriority creditor's name and mailing address**

Welby Brady Greenblatt
11 Martine Ave
White Plains, NY, 10606

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Legal Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 9,655.39

---

**3.** [191] **Nonpriority creditor's name and mailing address**

YANNI ELECTRIAL OF WESTCHESTER
551  EAST THIRD STREET

MOUNT VERNON, NY, 10553

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 16,800.00

---

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   J. P. R. Mechanical Inc.

Name

Case number *(if known)*   19-23480

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.**192  **Nonpriority creditor's name and mailing address**

YORK SCAFFOLD EQUIPMENT CORP
37-20 TWELFTH STREET

LONG ISLAND CITY, NY, 11101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,856.63

---

**3.**193  **Nonpriority creditor's name and mailing address**

ZO-AIR CO., INC.
1337 LINCOLN AVENUE, UNIT 3

HOLBROOK, NY, 11741

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,769.78

---

**3.**194  **Nonpriority creditor's name and mailing address**

ZURICH AMERICAN INSURANCE COMPANY
1299 ZURICH WAY

SHAUMBURG, IL, 60196-1056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.**____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ _____

---

**3.**____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ _____

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 22,962,474.68 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 22,962,474.68 |

**Fill in this information to identify the case:**

Debtor name ___J.P.R. Mechanical Inc.___

United States Bankruptcy Court for the: ___Southern District of New York___

Case number (If known): ___19-23480___     Chapter ___7___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Office Lease<br>255 Main Street, 2nd Floor<br>New Rochelle, NY<br>Lessee | 255 Main Street Realty Corp.<br>255 Main Street<br>New Rochelle, NY, 10801 |
| | **State the term remaining** | Month to Month | |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | Manufacturing Premises<br>429-441 E. 164th Street<br>Bronx, NY 10456<br>Lessee | Action Paper Co., Inc.<br>c/o Jonathan Rossman<br>110 Bennett Avenue, Apt. 4G<br>New York, NY, 10033 |
| | **State the term remaining** | 9-30-2022 | |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement to Purchase Common Stock of Michael Van OSs<br>Purchaser | Michael Van Oss<br>42 Sunshine Avenue<br>Riverside, CT, 06878 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Lease: Two Forklifts<br>Lessee | HYG Financial Services<br>300 E. John Carpenter Feeway<br>Irving, TX, 75062-2712 |
| | **State the term remaining** | 11-1-2020 | |
| | **List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Lease: Multiple Items<br>Lessee | Key Equipment Finance<br>1000 S. McCaslin Blvd.<br>Louisville, CO, 80027 |
| | **State the term remaining** | 6-1-2023 | |
| | **List the contract number of any government contract** | | |

| Debtor | J.P.R. Mechanical Inc. | Case number (if known) | 19-23480 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.6** State what the contract or lease is for and the nature of the debtor's interest — Equipment Lease: HVAC Plasma Cutting System Lessee<br><br>State the term remaining — 7-1-2013<br><br>List the contract number o any government contract | Machinery Finance Resources, LLC<br>651 Day Hill Road<br>Windsor, CT, 06095 |
| **2.7** State what the contract or lease is for and the nature of the debtor's interest — Equipment Finance: Truck Lessee<br><br>State the term remaining — 5-1-2022<br><br>List the contract number of any government contract | Milea Truck Sales Corp.<br>885 E 149th Street<br>Bronx, NY, 10455-5010 |
| **2.8** State what the contract or lease is for and the nature of the debtor's interest — Equipment Finance: Trucks Lessee<br><br>State the term remaining — 7-8-2021<br><br>List the contract number of any government contract | BMO Harris Bank NA<br>300 E John carpenter FWY<br>Irving, TX, 75062 |
| **2.9** State what the contract or lease is for and the nature of the debtor's interest — Equipment Finance: Trucks Lessee<br><br>State the term remaining — 7-1-2023<br><br>List the contract number of any government contract | Isuzu Finance of America, Inc.<br>2500 Westchester Avenue, Suite 312<br>Purchase, NY, 10577 |
| **2.10** State what the contract or lease is for and the nature of the debtor's interest — Collective Bargaining Agreement<br><br>State the term remaining<br><br>List the contract number of any government contract | Local 28- Sheet Metal Workers<br>500 Greenwich Street<br>New York, NY, 10013 |
| **2.11** State what the contract or lease is for and the nature of the debtor's interest — Collective Bargaining Agreement<br><br>State the term remaining<br><br>List the contract number of any government contract | Local 282 International Brotherhood of Teamsters<br>2500 Marcus AVenue<br>New Hyde Park, NY, 11042 |
| **2.12** State what the contract or lease is for and the nature of the debtor's interest — Collective Bargaining Agreement<br><br>State the term remaining<br><br>List the contract number of any government contract | Local 638 Steamfitters<br>27-08 40th Avenue., 4th Floor<br>Long Island City, NY, 11101 |

| Debtor | J.P.R. Mechanical Inc. | Case number *(if known)* | 19-23480 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.13** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number o any government contract | Manufacturing Premises<br>434 E. 165th Street<br>Bronx, NY 10456<br>Lessee<br>8-30-2021 | A&I Bronx Realty<br>41 Maujer Street<br>Brooklyn, NY, 11206 |
| **2.14** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Equipment Finance: Trucks<br>Lessee<br>4-1-2023 | BMO Harris Bank NA<br>300 E John carpenter FWY<br>Irving, TX, 75062 |
| **2.15** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Equipment Lease: Copier<br>Lessee<br>2-1-2021 | Cannon Solutions America Inc.<br>One Canon Park<br>Melville, NY, 11747 |
| **2.16** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Equipment Finance: Trucks<br>Lessee<br>1-10-2023 | BMO Harris BAnk<br>30 E. John Carpenter Freeway<br>Irving, TX, 75062-2712 |
| **2.17** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Equipment Lease: 3 copiers<br>Lessee<br>7-1-2021 | Commercial Capital Company LLP<br>8215 Melrose Dr., Ste. 100<br>Lenexa, KS, 66214-1617 |
| **2.___** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |
| **2.___** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name ___J.P.R. Mechanical Inc.___

United States Bankruptcy Court for the: ___Southern District of New York___

Case number (If known): ___19-23480___

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G_.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name ___J.P.R. Mechanical Inc._____

United States Bankruptcy Court for the: __Southern District of New York___

Case number (*If known*): _____19-23480_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10/07/2019___          ✘ /s/ Timothy Schmidt _____
                  MM / DD / YYYY          Signature of individual signing on behalf of debtor

                              Timothy Schmidt_____
                              Printed name

                              President_____
                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name          J.P.R. Mechanical Inc.

United States Bankruptcy Court for the:   Southern District of New York

Case number (If known):   19-23480

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2019<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 67,623,667.00 |
| **For prior year:** | From 01/01/2018<br>MM / DD / YYYY | to | 12/31/2018<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 115,046,119.00 |
| **For the year before that:** | From 01/01/2017<br>MM / DD / YYYY | to | 12/31/2017<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 84,945,281.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From<br>MM / DD / YYYY | to | Filing date | | $ |
| **For prior year:** | From<br>MM / DD / YYYY | to | MM / DD / YYYY | | $ |
| **For the year before that:** | From<br>MM / DD / YYYY | to | MM / DD / YYYY | | $ |

Debtor   J.P.R. Mechanical Inc.
_____   Case number *(if known)* 19-23480
Name

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

✔ Check run to be provided

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name<br><br>_____<br><br>_____<br><br>_____ | _____<br><br>_____<br><br>_____<br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | _____<br><br>_____<br><br>_____<br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br><br>_____<br><br>_____<br><br>_____<br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | $_____ | |
| 4.2. | _____<br>Insider's name<br><br>_____<br><br>_____<br><br>_____<br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | $_____ | |

Debtor   J.P.R. Mechanical Inc.
_____   Case number *(if known)* 19-23480
         Name

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | |
| | Creditor's name | | _____ | $_____ |
| 5.2. | | | | |
| | Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Dime Bank | Failure to release funded payroll | 08/16/2018 | $400,000.00 |
| Creditor's name | | | |
| 300 | | | |

Last 4 digits of account number: XXXX– _____

---

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Workers Comp Cases | | To Be Provided | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | _____ | | | |
| 7.2. | **Case title**<br>Verdus Corporaiton d/b/a Hays v. J.P.R. Mechanical Inc. d/b/a JPR Mechanical | | **Court or agency's name and address**<br>Supreme Court of the State of New York | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | 58435/2019 | | | |

---

Debtor    J.P.R. Mechanical Inc.
_____
Name

Case number (if known)    19-23480
_____

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____<br>Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

## Part 4:    Certain Gifts and Charitable Contributions

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____<br>Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |
| 9.2. _____<br>Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $_____ |

Debtor    J.P.R. Mechanical Inc.
_____    Case number *(if known)*  19-23480
Name                                                                    _____

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Kirby Aisner & Curley LLP | | | $ 10,000.00 |
| | **Address** | | | |
| | 700 Post Road Suite 237 Scarsdale, NY 10583 | | | |
| | **Email or website address** www.kacllp.com | | | |
| | **Who made the payment, if not debtor?** Timothy Schimt | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | | $_____ |
| | **Address** | | | |
| | _____ | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | | _____ | $_____ |
| | **Trustee** | | | |
| | _____ | | | |

Debtor    J.P.R. Mechanical Inc.
_____    Case number *(if known)*  19-23480
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ | | _____ | $_____ |
| Address | | | |
| | | | |
| Relationship to debtor | | | |
| _____ | | | |
| Who received transfer? | | _____ | $_____ |
| 13.2. _____ | | | |
| Address | | | |
| | | | |
| Relationship to debtor | | | |
| _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. | From _____  To _____ |
| 14.2. | From _____  To _____ |

| Debtor | J.P.R. Mechanical Inc. | Case number *(if known)* 19-23480 |
|---|---|---|
| | Name | |

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

　　Does the debtor have a privacy policy about that information?

　　☐ No

　　☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

　　Yes. Does the debtor serve as plan administrator?

　　☐ No. Go to Part 10.

　　☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

　　Has the plan been terminated?

　　☐ No

　　☐ Yes

---

Debtor    J.P.R. Mechanical Inc.
_____    Case number (*if known*) 19-23480
    Name

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| **Address** | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| **Address** | | | |

---

Debtor    J.P.R. Mechanical Inc.
          _____          Case number (if known) 19-23480
          Name

---

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Various Customers<br>_____<br>Name | | The debtor is holding property paid for by certain customer.  A detailed list is in the Trustee's possession | $ 0.00 |

---

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____<br><br>**Case number**<br><br>_____ | _____<br>Name | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

Debtor      J.P.R. Mechanical Inc.
_____    Case number (if known)_19-23480_____
            Name

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

|  | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ **Dates business existed** From _____  To _____ |
| 25.2. | _____ Name | | EIN: _____ **Dates business existed** From _____  To _____ |
| 25.3. | _____ Name | | EIN: _____ **Dates business existed** From _____  To _____ |

---

Debtor    J.P.R. Mechanical Inc.
_____
Name

Case number (*if known*)  19-23480
_____

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Joseph M . Sciacca CPA<br>Name<br>23 Willis Avenue, Syosset, NY 11791 | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____<br>Name | From _____<br><br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name | From _____<br><br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name | |

Debtor    J.P.R. Mechanical Inc.
_____    Case number *(if known)* 19-23480
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Debtor _____J.P.R. Mechanical Inc._____     Case number *(if known)*__19-23480_____
　　　　　Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.　_____
　　　　Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Timothy Schmidt | 1 Mortar Rock Road, Westport, CT 06880 | President | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
 ☐ No
 ☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

 Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
 ☐ No
 ☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Timothy Schmidt _____ Name 1 Mortar Rock Road Westport, CT 06880 | _To be Provided_ | _____ | -Salary |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | | |
| President _____ | | _____ | |

Debtor    J.P.R. Mechanical Inc.                                    Case number *(if known)*  19-23480
          Name

| Name and address of recipient | | |
|---|---|---|
| | _____ | _____ |
| 30.2 _____ Name | | _____ |
| | | _____ |
| | | _____ |
| Relationship to debtor | | _____ |
| _____ | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

**Part 14:**    **Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/07/2019
             MM  / DD  / YYYY

✘ /s/ Timothy Schmidt                              Printed name  Timothy Schmidt
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

---

Official Form 207                     Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                     page **14**

Debtor Name    J.P.R. Mechanical Inc.                                    Case number *(if known)*    19-23480

## Continuation Sheet for Official Form 207

**6) Setoffs**

**Signature Bank**                                    **$180,000.00**